# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| AMBER HAGEN, | Civil No. 10-1797 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| MERIDIAN MANAGEMENT SOLUTIONS, | |
| Defendant. | |

_____

Mark Vavreck, **MARTINEAU, GONKO & VAVRECK, PLLC**, 401 North Third Street, Suite 600, Minneapolis, MN 55401, for plaintiff.

Stacey Molde and B Jon Lilleberg, **JOHNSON & CONDON, PA,** 7401 Metro Boulevard, Suite 600, Minneapolis, MN 55439, for defendant.

This matter is before the Court upon the stipulation of dismissal filed by the parties on July 28, 2010 [Docket No. 6].

**IT IS HEREBY ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE**, on the merits and without further costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 29, 2010
at Minneapolis, Minnesota.

                                                                           s/ John R. Tunheim
                                                                         JOHN R. TUNHEIM
                                                                  United States District Judge